

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00397-CV

**IN THE INTEREST OF X.J.F.**, a Child

From the County Court, Atascosa County, Texas
Trial Court No. 16-08-0720-CVA
Honorable Lynn Ellison, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: September 11, 2019

DISMISSED

Appellant, J.F., filed a notice of nonsuit, asserting that he does not wish to pursue his appeal.[1] Appellee, H.F., has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM

---

[1] We construe appellant's notice of nonsuit as a motion to dismiss.